

Arizona Office:
2702 N 3rd Street, Suite 2010
Phoenix, AZ 85004
Phone 800-506-2652
Fax 714-754-9568

Nevada Office:
8020 W. Sahara Ave. Ste. 225
Las Vegas, NV 89117
Phone 800-506-2652
Fax 714-754-9568



# The Moore Law Group
### A Professional Corporation

**Toll Free 1-800-506-2652**
**Mailing Address:**
**PO Box 25145**
**Santa Ana, CA 92799-5145**

California Office:
3710 S. Susan St., Ste 210
Santa Ana, CA 92704
Phone 714-431-2000
Fax 714-754-9568

Colorado Office:
1901 W. Littleton Blvd., Ste 214
Littleton, CO 80120
Phone 303-566-6561
Fax 720-278-7794

New Mexico Office:
PO Box 3767
Albuquerque, NM 87190-3767
Phone 505-903-5820
Fax 505-903-5833

January 3, 2018

Alicia Black

Re:   Obligation owing to Capital One Bank (USA), N.A.
      Account number XXXXXXXXXXXX7174
      Balance Owing $5,710.03

## NOTICE OF INTENTION TO SUE AND INCUR COURT COSTS

It is our office's intention to file a lawsuit to collect the balance owing on the above referenced account. In addition to seeking a judgment for principal, we will ask the court to award allowable court costs (the actual cost of the filing fee and the actual cost of service of process).

We encourage you to contact us to discuss payment arrangements or available settlement options.

TOLL FREE NUMBER IS (800) 506-2652. We look forward to hearing from you.

The Moore Law Group, APC

Bryant Burnstad __ Karel Raba __ Kristen McDonald __ Iminderjit
Pooni __ Jerry Wang __ Geoffrey M. Hersch __ Jennifer Wong __
Jonathan Medina __ Ann H. Doan ✓

This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.
788833964