**JONATHAN A. STIEGLITZ**
**(SBN 278028)**
**THE LAW OFFICES OF**
**JONATHAN A. STIEGLITZ**
**11845 W. Olympic Blvd., Ste. 800**
**Los Angeles, California 90064**
**Tel: (323) 979-2063**
**Fax: (323) 488-6748**
Email: jonathan.a.stieglitz@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **ALICIA BLACK,** individually and on behalf of all others similarly situated, <br><br>Plaintiff<br><br>-against-<br><br>**THE MOORE LAW GROUP A PROFESSIONAL CORPORATION,**<br><br>Defendant | Civil Case No.: 5:18-cv-06408 <br><br><br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 1, 2018 Notice of Dismissal, all claims asserted against Defendant THE MOORE LAW GROUP A PROFESSIONAL CORPORATION in Civil Action No: 5:18-cv-06408, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in

1 | this action.
2 |
3 | **SO ORDERED THIS** \_\_\_1st\_\_\_ **day of** \_\_November\_\_, **2018**

_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
*[signature]*
Judge Nathanael M. Cousins